**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD JOSEPH, BOP Register No. 25364-004  Petitioner,  v.  T.R. SNIEZEK, Warden, FCI Schuylkill,,  Respondent. | CIVIL ACTION NO. 3:13-cv-01889 (JUDGE CAPUTO)  (MAGISTRATE JUDGE SAPORITO) |

**ORDER**

**NOW**, this 20th day of September, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 25) is **ADOPTED in its entirety**.

(2) The Petition for Habeas Corpus (Doc. 1-1) is **DISMISSED with prejudice**.

(3) A certificate of appealability will not be issued.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge